BEFORE THE SECOND DIVISION, JUNE 5, 1942

**No. 47271.**—Protests 21817–K, etc., of A. D. Cohen Co., Inc., et al. (New York).

Opinion by TILSON, J. It was stipulated that certain of the items in question consist of hemp knotted straw hats, not blocked or trimmed, and not bleached, dyed, colored, or stained, and that they are the same in all material respects as those the subject of Abstract 46497. In accordance therewith the protests were sustained as to these items.

**No. 47272.**—Protest 50963–K of B. R. Anderson & Co. (Seattle).

Opinion by TILSON, J. Two samples of the swim suits were admitted in evidence. The witness for the plaintiffs, a woman, testified that there was a brassiere attached to each swim suit. The witness for the defendant, a man, testified that there was no brassiere. From the testimony and in view of the dictionary definition of a "brassiere" the court was inclined to hold that the merchandise consists of swim suits to which are attached brassieres, which are in turn composed in part of elastic fabrics. In *Stein v. United States* (28 C. C. P. A. 280, C. A. D. 155) the appellate court held an elastic fabric to be a braid. There was no evidence produced by the plaintiffs to overcome the presumption of correctness attaching to such classification in this case by the collector. On the record presented the protest was overruled.

**No. 47273.**—Protests 63867–K, etc., of Austin & Co. (Tampa).

Opinion by TILSON, J. The testimony was very meager. An examination of the samples showed that the only thing remaining to be done to the crown and the brim in order to make them into a completed hat is to sew or in some manner attach the two together. When so attached they would constitute not two hats or two partly manufactured hats, but only one hat, either wholly or partly finished or manufactured. Neither the brim nor the crown alone would answer the description of hats wholly or partly manufactured. In accordance therewith the protests were sustained and the collector directed to reliquidate the entry taking duty upon 2½₂ dozen partly manufactured hats.